UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAM E. PARNUSIE,

                    *Plaintiff,*

vs.

MERCANTILE ADJUSTMENT BUREAU, LLC.,

                    *Defendant.*

STIPULATION OF DISMISSAL WITH PREJUDICE AND ON THE MERITS

Civil Action No. 1:08-cv-6526

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P. 41(a)(1)(ii) and Rule 2104 of the NY C.P.L.R., it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

**DATED:** February 9, 2010        **DATED:** February 12, 2010

**LAW OFFICES OF KENNETH HILLER**      **HISCOCK & BARCLAY, LLP**

By: _____     By: _____
      Seth J. Andrews                           John P. Gaughan

*Attorneys for Plaintiff*                  *Attorneys for Defendant*
William E. Parnusie                    Mercantile Adjustment Bureau, LLC.
6000 North Bailey Ave.                1100 M&T Center
Suite 1A                                   Three Fountain Plaza
Amherst, NY 14226                   Buffalo, NY 14203
Telephone: (716) 564-3288           Telephone: (716) 566-1300
E-mail: sandrews@kennethhiller.com   E-mail: jgaughan@hblaw.com

BULIB01\793460\1

SO ORDERED.

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 3-16-10